IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No.  3:21-CR-103 |
| vs. | : | Judge Thomas M. Rose |
| DAVON ANDRE WINN, | : | |
| Defendant. | : | |

---

**DECISION AND ENTRY GRANTING IN PART DEFENDANT'S MOTION FOR FURLOUGH UPON CERTAIN STATED CONDITIONS**

---

The Defendant, presently incarcerated in the Shelby County Jail, is awaiting sentencing. His grandmother, Ms. Susie Winn, passed away February 3, 2022. Memorial services are to be held on Tuesday, February 15, 2022 at 10:00 a.m.  Arrangements will be made by the defendant's girlfriend, Ayreonna Reid, to transport him to and from the Shelby County Jail to attend the memorial service.

IT IS THE ORDER OF THE COURT that the Defendant be released at 8:30 a.m. on Tuesday, February 15, 2022,  in order that Defendant may attend the memorial services for his grandmother, until he is returned to the Shelby County Jail no later than 8:00 p.m. the same day. Transportation to and from the Shelby County Jail to be made by Ayreonna Reid.

Should the officials at the Shelby County Jail have any questions as to the authenticity of this document, the undersigned can be reached at 937-512-1600.

IT IS SO ORDERED.

Dated: February 14, 2022

*s/Thomas M. Rose*
_____
Thomas M. Rose
United States District Judge